**DENY; and Opinion Filed November 10, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01324-CV

## IN RE HICKORY TRAIL HOSPITAL, LP D/B/A HICKORY TRAIL HOSPITAL, Relator

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-00726**

## MEMORANDUM OPINION

Before Justices Francis, Myers, and Schenck
Opinion by Justice Francis

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to vacate its July 21, 2015 order compelling responses to certain interrogatories and requests for production. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). We conclude relator has not established a right to relief. We deny the petition.

/Molly Francis/

MOLLY FRANCIS
JUSTICE

151324F.P05